UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>THE GOOD FAT CO. LTD.,<br><br>                    Defendant. | Case No. 22-cv-03391-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on June 8, 2022. The initial case management conference was scheduled for September 12, 20222. Therefore, Plaintiffs' case management statement was due to be filed by no later than September 6, 2022. When Plaintiffs failed to comply with this deadline, the Clerk issued a notice to remind Plaintiffs of their obligation to do so. On September 8, 2022, Plaintiffs filed a case management statement in which they stated that Defendant had not yet been served and that no motions have been made related to service. (Dkt. No. 12.)

Pursuant to Federal Rule of Civil Procedure 4 ("Rule 4"), "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court must extend the time for service "if the plaintiff shows good cause for the failure." *Id*. The time to serve Defendant expired on September 6, 2022. Therefore, the Court issues Plaintiffs an Order to Show Cause ("OSC") in writing by no later than September 20, 2022, why this case should not be dismissed for failure to prosecute. If Plaintiffs fail to respond to this OSC by this date, the Court will reassign this matter to a district court judge with a recommendation that the action be dismissed for failure to prosecute.

/ / /

/ / /

1   The Court FURTHER ORDERS that the case management conference is VACATED and
2   will be reset at a later time if necessary.
3   **IT IS SO ORDERED**.
4   Dated: September 9, 2022


SALLIE KIM
United States Magistrate Judge