UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Ryan and Michelle Pimentel, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Good Fat Co., Ltd.,<br><br>Defendant. | CASE NO. 3:22-cv-03391-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(2) |

Case No. 3:22-cv-03391-VC

The Honorable Vince Chhabria

|   |   |
|---|---|
| 1 | The Court, having considered Defendant Plaintiffs' Motion, as well as the |
| 2 | supporting and opposing papers, exhibits, and the papers and records on file in this |
| 3 | action, and finding good cause therefore, it is hereby **ORDERED** that the Motion is |
| 4 | **GRANTED**. |
| 5 |   |
| 6 | The case is dismissed with prejudice. |

Dated: January 23 , 2025

 Hon. Vince Chhabria
 United States District Judge

---

Case No. 3:22-cv-03391-VC

The Honorable Vince Chhabria

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS'
MOTION TO DISMISS

-1-